A. L. REED COMPANY, Respondent, v. ABE WHITEMAN (First Name Abe Ficti-

tious), etc., and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.